```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :   Hon. Robert B. Kugler
                                  :
            v.                    :   Crim. No. 07-459 (RBK)
                                  :
MOHAMAD IBRAHIM SHNEWER,           :
DRITAN DUKA,                      :
  a/k/a "Distan Duka,"            :
  a/k/a "Anthony Duka,"           :
  a/k/a "Tony Duka,"              :
ELJVIR DUKA,                      :
  a/k/a "Elvis Duka,"             :
  a/k/a "Sulayman,"               :
SHAIN DUKA,                       :
SERDAR TARTAR, and                :
AGRON ABDULLAHU                   :
```

## NOTICE OF MOTION

The United States of America, by and through its undersigned attorneys, hereby moves for the impanelment of an anonymous jury in this case. The United States relies upon the accompanying Memorandum of Law in support of this Motion.

                                      Respectfully submitted,

                                      CHRISTOPHER J. CHRISTIE
                                      United States Attorney

                                      **/s William E. Fitzpatrick**
                                      **/s R. Stephen Stigall**
                                      **/s Norman Gross**

                              By: WILLIAM E. FITZPATRICK
                                  Deputy U.S. Attorney
                                  R. STEPHEN STIGALL
                                  NORMAN GROSS
                                  Assistant U.S. Attorneys