Six Ordinary Lives That Took A Detour Into a World of Guns The New York Times May 9, 2007 Wednesday Correction Appended

49 of 896 DOCUMENTS

Copyright 2007 The New York Times Company
The New York Times

May 9, 2007 Wednesday
Correction Appended
Late Edition - Final

**SECTION:** Section B; Column 5; Metropolitan Desk; TERROR ARRESTS IN NEW JERSEY; Pg. 6

**LENGTH:** 663 words

**HEADLINE:** Six Ordinary Lives That Took A Detour Into a World of Guns

**BYLINE:** By KAREEM FAHIM

**BODY:**

These are the suspects arrested in connection with a plot to attack Fort Dix. Mohamad Ibrahim Shnewer, 22, a Jordanian-born American citizen, lives in Cherry Hill, N.J., and drives a cab in Philadelphia. The most outspoken of the six defendants, court papers show, he is quoted as saying, "My intent is to hit a heavy concentration of soldiers." Mr. Shnewer smiles broadly in his 2003 yearbook photographs from Cherry Hill High School West.

Neighbors say they were irritated by the unkempt yard, towering television antenna and cluttered carport of the family's house. Relatives said Mr. Shnewer has two sisters. He attended college for a time, but dropped out to earn money, they said. Dritan Duka, 28, also known variously as Distan, Anthony and Tony Duka, is -- like his two brothers who also were charged yesterday -- an ethnic Albanian born in the former Yugoslavia and living in the United States illegally. According to court papers, he operates roofing businesses from a home in Cherry Hill where he lives with his brothers. As he and his colleagues fine-tuned their plans for an attack on Fort Dix, the court papers show, Mr. Duka said: "We can do a lot of damage with seven people. You can do big things with seven people." Eljvir Duka, 23, was sometimes called Sulayman. But at Cherry Hill High School West everyone called him Elvis, and that is how his name appears in several yearbooks. He, too, is in the family roofing businesses, court papers say. One classmate said he remembered that the three Duka brothers were often in trouble, fighters in a school where there were few fights. In the court papers, some of that pugnaciousness emerges as Mr. Duka says that when someone is attacking your religion or way of life, "then you go jihad." Shain Duka, 26, also known as Shaheen, once owned a pizza shop in Turnersville, N.J., about 35 miles from Fort Dix, with his brother Dritan. In June 2005 they sold the place -- now known as Tony Soprano's -- to Tony Giordano. "They always had the Koran out or somewhere on the counter," Mr. Giordano said. He said that when he bought the pizzeria "the carpet was filthy, the ceiling had holes" and "they had no business." As the group watched a terrorist video, court papers say, Shain Duka laughed as the arm of a United States marine was blown off. Serdar Tatar, 23, a legal resident of the United States who was born in Turkey, lives in Northeast Philadelphia and until several months ago worked at a 7-Eleven on the Temple University campus. It was Mr. Tatar, court records say, who took a map of Fort Dix from his father's pizza parlor on the edge of Fort Dix as the six plotted their attack. For a time he delivered pizzas, often to the military base. At one point when Mr. Tatar thought the group had been infiltrated by the government, the papers say, he notified the police in Philadelphia and told them he had been approached by a man who "pressured him to acquire maps of Fort Dix." He said he was fearful that "the incident was terrorist-related." But the planning went on. Agron Abdullahu, 24, of Buena Vista Township in Atlantic County, N.J., was born in the former Yugoslavia and is living in the United States legally. According to the court papers, Mr. Abdullahu, who is the brother-in-law of Eljvir Duka, held the weapons for the Duka brothers; he took a 9-millimeter handgun and a Yugoslavian semiautomatic rifle to Dritan Duka's house before the group went to the Poconos for a training session, and carried them in a vehicle with a shotgun and a Beretta rifle. In Buena Vista, Mary Williams, a homemaker who lives about a block away, said yesterday, "They seemed to keep to themselves, but many of us who live here live here because we can keep to ourselves." According to court papers, Mr. Abdullahu worked at a supermarket in Williamstown, N.J. At the house in Buena Vista where Mr. Abdullahu lives, there were three cars in the driveway yesterday and a boat alongside the house.

**URL:** http://www.nytimes.com

Six Ordinary Lives That Took A Detour Into a World of Guns The New York Times May 9, 2007 Wednesday
Correction Appended

**CORRECTION-DATE:** May 10, 2007

**CORRECTION:**

Because of an editing error, an article in some copies yesterday about the six suspects in the Fort Dix case misstated which two of the suspects are brothers-in-law. Eljvir Duka and Mohamad Shnewer are related, not Mr. Duka and Agron Abdullahu. The article also misstated the number of Mr. Shnewer's sisters. He has five, not two.

**GRAPHIC:** Photos

**LOAD-DATE:** May 9, 2007

1 of 3 DOCUMENTS

Copyright 2007 The Washington Post
All Rights Reserved

# The Washington Post

# washingtonpost.com

The Washington Post

May 9, 2007 Wednesday
Met 2 Edition

**SECTION:** A-SECTION; Pg. A01

**DISTRIBUTION:** DC

**LENGTH:** 1235 words

**HEADLINE:** Six Charged in Plot To Attack Fort Dix;
'Jihadists' Said to Have No Ties to Al-Qaeda

**BYLINE:** Dale Russakoff and Dan Eggen; Washington Post Staff Writers

**DATELINE:** CHERRY HILL, N.J., May 8

**BODY:**

A group of would-be terrorists, allegedly undone after attempting to have jihad training videos copied onto a DVD, has been charged with conspiring to attack Fort Dix and kill soldiers there with assault rifles and grenades, authorities said Tuesday.

Five men -- all foreign-born and described as "radical Islamists" by federal authorities -- allegedly trained at a shooting range in Pennsylvania's Pocono Mountains to kill "as many soldiers as possible" at the historic Army base 25 miles east of Philadelphia. A sixth man was charged with helping them obtain illegal weapons.

FBI and Justice Department officials said the arrests were the result of a 16-month operation to infiltrate and monitor the group. It was portrayed as a leaderless, homegrown cell of immigrants from Jordan, Turkey and the former Yugoslavia who came together because of a shared infatuation with Internet images of jihad, or holy war.

Authorities said the group has no apparent connection to al-Qaeda or other international terrorist organizations aside from ideology, but appears to be an example of the kind of self-directed sympathizers widely predicted -- and feared -- by counterterrorism specialists. The defendants allegedly passed around and copied images of al-Qaeda leader Osama bin Laden and the martyrdom videos of two of the Sept. 11, 2001, hijackers.

"Unlike other cases we've done, there was no clear ringleader," U.S. Attorney Christopher J. Christie said in an interview. "They all seemed to feed off each other. They were clearly guys turning to this element for inspiration. They wanted to be jihadists."

At the same time, a 26-page indictment unsealed Tuesday indicates that the group had no rigorous military training and did not appear close to being able to pull off an attack. The arrests in the case began Monday night after two defendants arrived at a local home to buy assault weapons, which had been supplied and disabled by the FBI, officials said.

Much of the evidence in the case was obtained with the help of two paid informants, including one described as an Egyptian military veteran who befriended one suspect about a year ago and surreptitiously taped many of their

Six Charged in Plot To Attack Fort Dix; 'Jihadists' Said to Have No Ties to Al-Qaeda The Washington Post May 9, 2007 Wednesday

conversations. The defendants were also tripped up by information obtained from computers and cellphones, according to records and officials.

The FBI first got wind of the alleged plot in January 2006, after an unidentified store clerk alerted police to a video that showed the men firing assault weapons, calling for jihad and yelling "God is great" in Arabic, officials said. The men had submitted the video file to the store so that it could be copied onto a DVD, authorities said.

According to the indictments, the video came from firearms training in the Poconos. The group also allegedly trained with paintball guns and scouted several military facilities for an attack, including Fort Monmouth in New Jersey, Dover Air Force Base in Delaware, the U.S. Coast Guard Building in Philadelphia and other targets.

Authorities said the group settled on Fort Dix in part because one defendant, Serdar Tatar, 23, had delivered pizzas to the base from his family's nearby restaurant, Super Mario Pizza, and knew the area "like the palm of his hand," according to a defendant. Tatar, who was born in Turkey and is a legal U.S. resident, also obtained a map of the base, according to the charges.

In one recording cited in court documents, Tatar raised the possibility that the informant worked for the FBI and acknowledged the risk of sharing the map. But he said that "it doesn't matter to me whether I get locked up, arrested or taken away. Or I die, it doesn't matter. I'm doing it in the name of Allah."

Another defendant, Mohamad Ibrahim Shnewer, 22, a Jordanian native employed as a taxi driver in Philadelphia, was quoted in the indictment as saying that "you can hit an American base very easily."

Shnewer also allegedly said: "When you got a military base, you need mortars and RPGs."

Three defendants are ethnic Albanian brothers from the former Yugoslavia who operated a roofing business in Cherry Hill and lived in the United States illegally: Eljvir Duka, 23, Dritan Duka, 28, and Shain Duka, 26. A sixth defendant, Agron Abdullahu, 24, also an ethnic Albanian born in the former Yugoslavia, is charged with helping the Dukas illegally obtain firearms.

The Duka brothers lived with their parents in a beige two-story house on Mimosa Drive, a winding suburban street. The brothers also did car repairs from the house, neighbors said.

"They did everything together," said neighbor Mike Levine. "It was like they were attached at the hip."

The Duka home was empty Tuesday, and the brothers' red pickup with a ladder and roofing materials in the back was parked in front of it. A blue BMW and a white minivan sat in the driveway. The front yard was manicured, with two palm trees, sculpted flowerpots bearing lilies and impatiens, and a flower bed with colorful spring blooms.

Neighbors said the family had lived on the block for about seven years and had always seemed different from other suburbanites. There were 10 to 20 people living there -- two parents, five children, five grandchildren, daughters-in-law and others. The family raised sheep, goats and roosters in the back yard.

Neighbors said this violated local ordinances, and they periodically called police, who would write citations, after which the animals would disappear -- but only for a time. The neighbors said they noticed that the father and mother wore religious garb and that the father and sons all had beards and prayed at various times during the day. But no one considered them militant, several neighbors said.

Some neighbors, however, said they had become suspicious in recent months when the women and children of the large clan moved away, leaving only the men and the mother.

"We all wondered -- where did the ladies go? Where are the children?" said Susan DeFrancesco, who lives across the street and who said her children used to ride the bus to school with the Duka grandchildren.

One law enforcement source close to the investigation said that it was "hard to say" whether the group would have followed through on an attack, but that authorities had to err on the side of caution in making the arrests.

"Obviously, these guys had some radical beliefs and the stuff they downloaded from the Web was very serious," said the source, who requested anonymity so that he could discuss an ongoing case. "But it's not like they were going to be able to get rocket-propelled grenades and blow things up."

The Duka brothers are charged with conspiracy to murder members of the armed forces and face possible life sentences. Abdullahu is charged with aiding and abetting illegal weapons possession and faces 10 years in prison. All six were held without bond after a court appearance Tuesday.

Six Charged in Plot To Attack Fort Dix; 'Jihadists' Said to Have No Ties to Al-Qaeda The Washington Post May 9, 2007 Wednesday

Fort Dix, which has about 14,000 soldiers, sheltered more than 4,000 ethnic Albanian refugees during the NATO bombing campaign in Kosovo in 1999.

But Christie said the Dukas are believed to have entered the United States before that conflict and were not among the refugees held at Fort Dix. One U.S. law enforcement official said the brothers may have entered the country legally but overstayed visas or violated other immigration requirements.

Eggen reported from Washington. Staff writers Sari Horwitz and Spencer S. Hsu and staff researcher Julie Tate contributed to this report.

**GRAPHIC:** IMAGE
IMAGE; By Bradley C. Bower -- Bloomberg News; U.S. Attorney Christopher J. Christie speaks to reporters at a news conference at the federal courthouse in Camden, N.J. "They wanted to be jihadists," Christie said of the men arrested.

**LOAD-DATE:** May 9, 2007



**All the spin in Washington, DC and the nest eggs are still headed in the right direction.**



A.G. EDV
FULLY INVESTED I

# CNN.com.

 PR

Powered by 

# Fort Dix tipster shrugs off 'hero' title

- Brian Morgenstern says he paid more attention after he saw "disturbing" images
- Tape brought to Circuit City last year featured men speaking Arabic, shooting guns
- Clerk says store "very supportive" after he disclosed what he saw
- Morgenstern says real heroes are investigators, U.S. troops overseas

**NEW YORK** (CNN) -- The tipster responsible for helping authorities thwart a possible terrorist attack on a U.S. military base said Tuesday he experienced a "moral dilemma" over whether to report what he had seen.

Brian Morgenstern, a 26-year-old clerk at a Circuit City in Mount Laurel, New Jersey, was given the 8 mm tape January 31, 2006, by two men, whom he described as "normal people." They asked him to convert it to DVD format.

Authorities said the tape showed 10 young men shooting at a practice range and shouting in Arabic, "Allahu Akbar" -- "God is great."

Morgenstern said the video showed the men with hand guns and rifles that appeared to be "fully automatic weapons." (Watch Morgenstern explain why the video troubled him ⤡ )

"I saw some stuff on the film that was disturbing and it kind of gained my attention that way," he told CNN's "American Morning."

"I started paying more attention to it," he said.

The tape's contents worried him. "I thought about whether or not it should be reported. I actually waited that night and weighed out my decisions, and I went home and talked to my family about it."

The next day, Morgenstern returned to work and told his manager about the tape and his decision to alert the police. He described Circuit City as being "very supportive" regarding the situation.

"The police came over, they took a look at the film," he said. "They came over and they looked at the video, and they stopped it at one point and said, 'OK, this is serious, we need a copy.' "

His decision prompted a 15-month investigation into six men, four from Yugoslavia, one from Jordan and one from Turkey, who live in Philadelphia's southern New Jersey suburbs.

Five of the men are charged with conspiring to kill military personnel and, if found guilty, could face life in prison. The sixth faces up to 10 years in prison if he is convicted of weapons charges.

Authorities have lauded the clerk as an "unsung hero," a title he rejects.

"I don't feel like a hero," he said. "I feel like I did the right thing."

Although the ordeal, which included questioning by the FBI, felt "like something out of a movie," Morgenstern said the "real heroes" were those who conducted the investigation and our "men and women overseas."

CNN's Aurore Ankarcrona contributed to this story.

**Find this article at:**
http://www.cnn.com/2007/US/05/29/fort.tipster

☐  Check the box to include the list of links referenced in the article.

© 2007 Cable News Network.

# The Washington Times

**www.washingtontimes.com**

## Fort Dix tipster agonized over tape

Published May 30, 2007

MOUNT LAUREL, N.J. (AP) -- An electronics store clerk credited with providing the tip that broke up a purported plot to kill soldiers at Fort Dix went public yesterday, saying he spent a day pondering his suspicions before going to authorities.

Brian Morgenstern said he was alarmed when he watched the video two men brought him to have transferred to a DVD, but he also worried about invading the customers' privacy.

"I was considering whether or not this was really a threat, or something serious," he told the Associated Press. "I came to the conclusion that that's not my job or decision to make."

Advertisement

**SAP for Midsize Companies**
Start Small With SAP And Add On Later. View Our Customer Successes!
SAP.com/midsize

**Get Ann Coulter - Free**
Ann Coulter's weekly column delivered by email - Free!
www.HumanEvents.com

Ads by Google

After three weeks of being hailed as an anonymous hero by law enforcement and on newspaper editorial pages, he came forward with a series of interviews yesterday, the first on CNN's "American Morning."

Mr. Morgenstern, a clerk at a Circuit City store, described how two men brought him a videotape to transfer to DVD in January 2006.

He said he went home that night and told his family what he had seen: 10 men at a firing range with handguns, rifles and what he thought were fully automatic weapons. He said authorities have asked him not to divulge some details of the video, but authorities later said the men were chanting "God is Great" in Arabic.

Mr. Morgenstern did not know if he should breach the privacy of the customers, who seemed like ordinary guys. He wasn't even paying full attention to the video until he saw things that were troubling.

The next day, he said, he talked to his managers at the Mount Laurel store, then called police, sparking a 15-month investigation that led to the May 7 arrests of six men accused of plotting to attack an Army installation that's being used largely to train reservists bound for Iraq.

First, Mount Laurel police visited the store to see the video. They asked Mr. Morgenstern to make a copy, which was passed on to state Homeland Security investigators, then the FBI.

In the meantime, the 23-year-old, who has since become a sales manager in a different Circuit City store, had to treat the men like any other customers when they returned to pick up the DVD.

About a month after the men first came in, an FBI informant had infiltrated the purported plotters.

Authorities said they made the arrests just as the suspects were trying to buy fully automatic weapons in a deal facilitated by an FBI informant.

The suspects are all foreign-born men in their 20s who had spent many years living in Philadelphia's southern New Jersey suburbs. Five are charged with conspiring to kill military personnel and could face life in prison if convicted. The sixth faces up to 10 years in prison if he is convicted of weapons charges.

J.P. Weis, special agent in charge of the FBI's Philadelphia office, called Mr. Morgenstern "that unsung hero ... who saw a video and said, 'You know, somebody needs to know about this.' And that's why we're here today, thanks to the courage and heroism of that individual."

But that's not how Mr. Morgenstern sees his action: "I don't feel like a hero," he said. "I feel like I did the right thing, but I think the real heroes are the men and women overseas and the people in our law enforcement who handled the situation."

Copyright © 2007 News World Communications, Inc. All rights reserved.

**Return to the article**

 Want to use this article? Click here for options!
Copyright The Washington Times .



 PRINT THIS

# A radical shift in reputation for 6 men

## The Fort Dix suspects were "just regular boys," working and friendly, to friends and neighbors who knew them.

**By George Anastasia**

Inquirer Staff Writer



MICHAEL PEREZ / Inquirer Staff Photographer
The Al-Aqsa Islamic Society Mosque in North Philadelphia. The Duka brothers did free roofing there, but a spokesman said they seldom had attended prayers.
» More images
They were twentysomethings who played video games, surfed the Internet, and shot one another with paintball guns.

Friends described them as polite and hard-working sons of immigrants who came to this country in the last two decades to find a better life.

Relatives, the few who would talk, said they were "good boys."

Federal authorities say they are terrorists.

Arrested Monday in what prosecutors said was a plot to attack soldiers at Fort Dix, the six suspects were ordered held without bail after individual detention hearings Friday in U.S. District Court in Camden.

A 27-page FBI affidavit filed at the time of the arrests provides the government's account of what they allegedly intended to do.

More difficult to determine is who they really are and why they may have wanted to do it.

"These were young people who came to this country, but who developed an empathy toward the ideology of al-Qaeda," said Chief Inspector Joseph E. O'Connor, head of the Philadelphia Police Department's counterterrorism bureau.

O'Connor's assessment was based on information gathered by nearly a dozen law enforcement agencies during a 16-month investigation into what New Jersey authorities described as a homegrown radical Islamist plot.

It is decidedly at odds with many of the descriptions provided by friends, neighbors and fellow workers of the six suspects.

"They were just regular boys flirting with girls," said Hydee Rentas, 23, of Pennsauken, recounting her experience growing up with two of the suspects, brothers Shain and Eljvir Duka, who at one time worked in a pizzeria in her neighborhood.

"They were funny," added Anna Gonzalez, 19, also of Pennsauken. "I would never have expected this . . . not in a million years."

In addition to Shain Duka, 26, and Eljvir "Elvis" Duka, 23, arrested last week were their brother Dritan Duka, 28; Mohamad Shnewer, 22; Serdar Tatar, 23; and Agron Abdullahu, 24.

The Dukas and Shnewer are from Cherry Hill. Tatar is a former Cherry Hill resident living in Philadelphia. Abdullahu lives in Atlantic County.

On the surface, at least, their experiences in coming to America mirrored the immigration story of dozens of other ethnic groups - a story that has been playing in a continual loop for a century and a half.

They were part of what the junior high school civics books used to refer to as the American melting pot.

Now it's paintball instead of pinball, and video instead of radio, but like the sons and daughters of immigrants a century ago, the Dukas, Shnewer, Abdullahu and Tatar - all to varying degrees - adapted to the new ways of their new world.

Only in the last two or three years did they appear to become radicalized. The reasons may lie at the heart of what the government alleges was the conspiracy to kill American soldiers.

Were they alienated and angry young men looking for a sense of identity and finding it in the philosophy of Osama bin Laden, as authorities allege?

Or were they - in a parallel to inner-city youths who gravitate toward the gang and drug culture - upset over a lack of opportunity, a failure to succeed, or their inability to fit in to the world around them?

"Certainly a big part of homegrown terrorism in Europe has to do with alienation, a sense of not belonging, being shut out, and not blending in," said Daniel Benjamin, senior fellow at the

Brookings Institution and former director of counterterrorism for the National Security Council. "You don't want to destroy a society you feel part of."

Shnewer, who was born in Jordan, is a U.S. citizen. Tatar, born in Turkey, and Abdullahu, an ethnic Albanian from the former Yugoslavia, are legal resident aliens. The Duka brothers, also ethnic Albanians from what is now Macedonia, entered the country in the mid-1980s and are here illegally, authorities said last week.

All held jobs.

At least three are married. Dritan Duka's wife is an American. They have five children.

Yet somewhere along the way, if the government's charges are sustained, the six became radicalized. They sought an identity not in their new country, but in the philosophy of *jihad*.

## 'Sensible, bright'

"He seemed like a great kid," Pat Manna said when asked last week about Mohamad Shnewer.

Manna runs Gaetano's Pizza in a small shopping strip just off Route 70 West in Pennsauken. Shnewer's father, Ibrahim, operates Plaza Food Market & Halal Meats a few doors away.

Manna said Shnewer was polite, friendly and outgoing; quick to open a door for a friend or customer; and always ready for a pickup basketball game with coworkers.

"Sensible, bright," Manna said. "I would have sworn it's the wrong kid you had."

But the tapes made by an FBI informant who befriended Shnewer tell a different story and offer a different picture of the stocky 22-year-old.

"My intent is to hit a heavy concentration of soldiers," Shnewer said in one discussion of the plan to attack Fort Dix, according to the FBI affidavit. ". . . You hit four, five or six humvees and light the whole place [up] and retreat completely without any losses."

That tape was cited again Friday when prosecutors successfully argued against bail for Shnewer, who they said posed "a serious danger" to the community.

The hearing also provided some additional background on the suspect.

Shnewer graduated from Cherry Hill High School West in 2003 and has attended Camden County College, according to his attorney, Rocco Cipparone.

Cipparone said his client had come to the United States with his parents from Jordan as a 2-year-old. The family lived in Philadelphia for nine years before moving to Cherry Hill.

Shnewer dropped out of college recently to go back to work to help support his family, which includes four younger sisters, one of whom is married to Eljvir Duka.

Shnewer worked for a time at the family food market, but apparently had a falling out with his father, who nevertheless helped him get a job with All City Cab in Philadelphia.

In addition to running his food market, Ibrahim Shnewer drives a cab. Recently, he bought his son a van to use on the job.

James Atalah, a manager at the cab company, said in an interview last week that the elder Shnewer appeared troubled by his son's recent change in attitude, complaining that "in this country, you can't tell your own son what to do."

"Personally, I think the kid is lost," Atalah said.

At his food market earlier in the week, Ibrahim Shnewer, a slightly built man with a close-cut, dark-gray beard, said it was not the time to talk.

"He is my son," he said while standing in the dimly lit grocery. "One day I will give a quote and talk to all media, but now I have nothing to say."

## 'Incredibly disruptive'

The Duka brothers arrived in the United States around 1984 by way of Mexico, said Michael Huff, the lawyer for Dritan, the oldest.

They spent time in Texas, then moved to Brooklyn, N.Y., before settling in Cherry Hill in 1996. Shain and Eljvir attended Cherry Hill High School West, but did not graduate.

Last week, George Munyan, an assistant high school principal at the time, described Shain and Eljvir as "incredibly disruptive" and recalled that their father, Ferik, once threatened to attack a principal after being called to the school because of Eljvir's behavior. Police were summoned to remove the father, Munyan said.

Munyan, who retired in September, said he frequently had disciplined Eljvir for disrupting or cutting class and generally challenging authority.

But when they met privately, he said, Eljvir was very confident, charming and articulate.

Munyan said Eljvir had spoken proudly of being Muslim, but "never came across as being involved in any religious or political extremism."

The Duka family is part of an extended clan of ethnic Albanians who trace their origins to a small town not far from the border with the troubled former Serbian province of Kosovo.

And while some friends remember Shain and Eljvir as funny and happy-go-lucky while working at an uncle's pizza shop in Pennsauken several years ago, Shain and Dritan presented an entirely different image two years ago while selling a pizza shop they owned in Washington Township.

"Surly" and "arrogant" were the words Mario Giordano used to describe the brothers, from whom, he said, he bought what is now Tony Soprano's Pizza in 2005.

Case 1:07-cr-00459-CPO    Document 36-2    Filed 07/09/07    Page 14 of 26 PageID: 400

"This place was a rat trap when I bought it," said Giordano, a former Camden police officer. "Very ugly. I don't think they did any business. It was horrible."

Giordano remembered one other thing about the bearded brothers.

"They would always have the Koran out," he said. "I thought that was unusual. I'm a Catholic, and I don't keep the Bible open."

Whether the Duka brothers were devout Muslims before they came to the United States or whether that devotion blossomed during their alleged radicalization is impossible to determine.

The Duka and Shnewer families attended the Al-Aqsa Islamic Society Mosque on Germantown Avenue in North Philadelphia and the Islamic Center of South Jersey on Garfield Avenue in Palmyra.

Last week, representatives of both mosques decried violence and radicalism.

Marwan Kreidie of Al-Aqsa said the Duka brothers had been working on the roof of the mosque before they were arrested. They were providing the work free of charge, Kreidie said.

But he said they had attended prayer services there "very rarely."

Naseem Badat of the Islamic Center said that she did not know the boys very well, but that they were polite and well-mannered. She also said she was concerned that the center might be wrongly portrayed as a place where a terrorist plot was hatched.

That would be "disgraceful," she said. "This is a benign place."

In Cherry Hill's Old Orchard section, where the Dukas live, the arrests sparked varied reactions.

Ferik and Naza Duka moved their extended family into the Colonial-style house at 215 Mimosa Drive seven years ago, and the house quickly became a meeting place for relatives and friends.

In addition to the three brothers who have been charged, a younger brother and a younger sister live at the house.

Ferik Duka and his sons operated roofing and construction businesses from the residence and at one point reportedly had farm animals in the backyard.

Neighbors last week recalled roosters, chickens and goats. In fact, one neighbor moved because of the Dukas' lifestyle, said Greg Hilbert, who lives across the street.

"When my neighbor looked out her kitchen window and saw them slaughtering a lamb in the backyard, that was the final straw," he said.

Other neighbors, however, said the Dukas were friendly and, while certainly of a different ethnic background, hardly disruptive. They would wave and bring over baskets of backyard-

grown tomatoes, cucumbers and peppers, they said.

Michael Levine, 38, who lives at 219 Mimosa, said the Dukas' 16-year-old son was a good friend of his 14-year-old's and would occasionally come over for dinner or to swim in their pool.

"They seemed like normal people. You'd have no idea this would happen," he said.

Levine said he never discussed religion or politics with the family, but knew the Dukas were religious.

## 'An easygoing guy'

He used to joke about his "Uncle Benny."

Until his arrest last week, everyone laughed.

Uncle Benny was Agron Abdullahu's reference to Osama bin Laden.

Abdullahu, as he worked in the bakery of a ShopRite supermarket in Williamstown, Gloucester County, would tease his fellow workers about the futile attempts of the United States to capture bin Laden.

"U.S., no matter what they do, cannot catch my Uncle Benny," he would say.

That was the account Bob Watts provided for ABC's *Good Morning America* when asked about Abdullahu, his coworker for more than two years.

"He was an easygoing guy, made you laugh all the time," Watts said in the television interview. "He was somebody you really enjoyed working with."

Watts said he sometimes warned Abdullahu about his comments, pointing to the sensitivity of people in the post-9/11 era.

"You're going to get yourself in trouble," Watts said he had told his friend. But Watts also said he had not seen anything to indicate that Abdullahu harbored any hatred for America.

Watts, contacted Friday, said because of an employment relationship he had with ABC, he would not comment beyond what he had told the morning show.

Of all the suspects in the case, Abdullahu may be the most puzzling. The FBI affidavit described him as a "former sniper" in Kosovo. He came to the United States in 1999.

At least some reports indicate he was part of a massive influx of ethnic Albanian Muslims after the "ethnic cleansing" massacres that ripped the former Yugoslavia apart.

Targeted by Serbians in the bloody civil war that raged in the late 1990s, the Muslims who survived were saved in large part due to the intervention of the United States, which launched air attacks to stop the Serbian onslaught.

Many of the refugees brought to the United States were processed through and temporarily housed at Fort Dix.

Abdullahu is the only defendant not charged with plotting to kill American military personnel. But he does face charges of aiding and abetting illegal immigrants - the three Duka brothers - in obtaining weapons.

Abdullahu lived with his mother and father and two younger brothers and sister in a stone bungalow on Cains Mill Road just off the Black Horse Pike in Collings Lake.

Two boats and three cars were parked outside the house one day last week, but those inside declined to be interviewed.

Several individuals were busy boarding up the windows with plywood.

A reporter who knocked on the door was told to "go away."

## 'Very religious'

Serdar Tatar used to deliver pizzas to military personnel at Fort Dix. Last week he was accused of plotting to kill them.

The Turkish-born deliveryman was charged, among other things, with supplying a map of the base to his fellow suspects and with taking part in shooting practice and paintball games that authorities described as training sessions for the assault.

Tatar allegedly got the map from Super Mario's Pizza, which his father, Muslim, owns and operates just outside the base.

Attorney Richard Sporaco said after Friday's detention hearing that his client was "distraught" over the charges and over the case's impact on his family, including his wife, Khalid, who is expecting twins in five months, and his mother, who was hospitalized last week while visiting family in Turkey.

The Tatar family came to the United States from Turkey in the late 1980s or early 1990s, settled in Cherry Hill, and later moved to Cookstown, near Fort Dix.

Serdar Tatar attended Cherry Hill High School West from 1998 to 2000, dropping out in 11th grade. He went to work in his father's pizzeria, but later set out on his own, moving to Philadelphia and getting a job as a clerk in a 7-Eleven.

He most recently began working as a manager at the chain's store on the Temple University campus just off North Broad Street.

He and his Russian-born wife live in an apartment in the 2100 block of Tremont Street in the Bustleton section of the city.

His wife, through a neighbor, described her husband last week as "everything in my life." She said he took care of her and her 11-year-old son from a previous marriage.

She said he was "very religious."

"He follows the Koran," she said.

On the tapes recorded by the government informant, Tatar expressed concern about providing "protection" for his family before the assault on Fort Dix was launched.

In what turned out to be a prescient comment, he also wondered whether the cooperator was "a fed," according to the FBI affidavit.

But in a later conversation, he said that didn't matter.

"I don't know you that much," Tatar said. "I don't know whether you're FBI . . . or an agent. Don't know. [But] whether you are or not, I'm gonna do it. Know why? . . . It doesn't matter to me whether I get locked up, arrested, or get taken away. It doesn't matter. Or I die. Doesn't matter. I'm doing it in the name of Allah."

Contact staff writer George Anastasia at 856-779-3846 or ganastasia@phillynews.com.

Contributing to this article were Inquirer staff writers Jennifer Moroz, Rita Giordano, Melanie Burney, Dwight Ott, Jan Hefler, Cynthia Burton, John Shiffman, Jennifer Lin, Robert Moran, Daniel Rubin, Joseph Gambardello and Edward Colimore.

**Find this article at:**
http://www.philly.com/inquirer/local/nj/7481742.html

☐ Check the box to include the list of links referenced in the article.

© Copyright 2007 Philly Online, LLC. All Rights Reserved.

Home    Store    Donate    Video    Newsletter    Forum    Topics    Blogfeed    Blogroll    MySpace

Co
Us

Search

# **News Hounds**

**We watch FOX so you don't have to.**



So, you'd
rather be

Buy News Hounds' gear

## **Illegal Immigrants in Fort Dix plot entered US in 1984, as small children**
Reported by Chrish - May 9, 2007 -

**Support the News Hounds:**

**Based On A True Story**
An Uplifting Tale of Terror From The Ukraine To America
www.mirelsdaughter.com

**Protect You and Your Trip**
Compare Plans, Rates, Apply Online Trip Interruption &
Travel Medical
www.insurancestoreonline.com

**Is Osama Bin Laden Dead?**
Full story and analysis on rumours of Bin Laden dying of
typhoid
www.thefirstpost.co.uk

**Emergency Notification**
Leader in automated notification. System and Service.
Demo available.
www.rapidreach.com

Ads by Google

During the
course of an
interview with
US Attorney
Christopher
Christie on the
Big Story today
5/9/07, it was
reported that
the three
plotters who are
here illegally
"slipped into the
US" in 1984.

**Make a Donation**

Join the Kennel Club for
$10/mo

Run with the Pack for $5/mo

Find the News Hounds on
MySpace

Since the accused, Eljivir Duka, Shain Duka, Dritan Duka, Agron
Abdullahu, Shain Tatar and Mohamad Ibrahim Schnewer range
in age from 22-28 per the Star Ledger, they were small children
when brought here and have been here virtually all their lives;
in fact, they are being described as "home-grown" terrorists.

This doesn't negate their status, but it takes the wind out of
sails of blowhards who are huffing and puffing about illegal
immigration today allowing jihadists in.

One of the suspect's father was shown, saying he believes in his
heart his son is not guilty, but if he is, "jail." Christie confirmed
that cooperation with the Muslim community was key in foiling
the plot, and the overwhelming majority in that community
want to be helpful to law enforcement.

Throughout the interview a typically lame graphic was shown
sating "Jersey Jihadis: Illegal immigrants" and asking "How did
they get in?" Christie said investigators learned of their illegal
status from the tape (that troubled the clerk so that he
contacted police), where the plotters said they couldn't do
certain things because of their illegal status.

Speaking of the clerk, who was asked to copy said tape to DVD,



There's a fight to
make it to the next
Mother's Day.

Why not join us?

National Breast
Cancer Coalition

Every day, more Moms die
from breast cancer, yet we
still don't even know what
causes it! Give a gift that
lasts longer than flowers.
We need Congress to step
up and take action. Click to
find out what you can do to
help pass the Breast
Cancer and Environmental
Research Act.

Read more...

**Liberal Headlines**



ADVERTISE

Christie refused to give any identifying information (although he did use the male pronouns). During that part of the interview, however, video was repeatedly shown of the Circuit City store, identified in Mt. Laurel NJ, and the chyron finally gave way from "3 of 6 terror suspects were illegal immigrants" to read "Employee still works for Circuit City." Nice way to thank the fella, FOX.

Christie hopes that this bust will reawaken Americans' post-9/11 feelings and remind us that the terror threat is real. Gibson could not be happier.

Comment: Has anyone really forgotten? Don't you feel dread when you turn on your TV every day to see what's new? Is it another Columbine, or OKC, or have we bombed someone else? Even the "little" terror of everyday - people being shot at Target, kids being kidnapped at bus stops - it's a world of terror, we know. How else to explain the popularity of American Idol?

| Email this page to a friend

**Veterans benefits**
$150k loan for $381/month Save $1000's -
Apply Now!

**All Military Records ®**
Find any Military Record in 1 Min. Using The
Database of Government!

Ads by Google

Categories: Biased Banners, Big Story w/John Gibson, Chrish's Comments, Homeland Security, Immigration, The RNC Party Line, War on Terror
Previous Entry: Neal Boortz: Perfect Example of Why the Rest of the World Hates Us, reported by Marie Therese
Next Entry: Hannity v. Rocky Anderson, reported by Ellen

LIBERALLY

American Legion
Attacks On Edwards
Sicken This Veteran

Hero of the day: Erin
Davies and her "fag
bug"

Just so the...

Where The Campaign
Stands, 5/16 Edition

Iwo Jima, Kansas

A Moral Majority
R.I.P.

Legacy Shot

Cheney In Baghdad:
The Progress Of No
Progress

Once You Hit The
Booze Questions...

There Are Shootings
And There Are
Shootings: The Scene
From Kandahar
Read more...

CANCER

Read more...
Advertise here

**The New York Times**
nytimes.com



**May 12, 2007**

# Suspects in Army Base Terror Plot Are Held Without Bail

### By DAVID KOCIENIEWSKI

CAMDEN, N.J., May 11 — The six men charged in connection with a plot to attack the Fort Dix military reservation were ordered held without bail on Friday by a federal magistrate.

The men were arrested on Monday night after the authorities said they tried to buy machine guns from an informer working with the F.B.I. Prosecutors said the informer had infiltrated the group in March 2006 and helped the authorities tape the suspects training with automatic weapons, conducting surveillance of military bases in New Jersey and Delaware and vowing to kill scores of soldiers.

Christopher J. Christie, the United States attorney for New Jersey, has described the suspects as Islamic extremists who represent a new breed of threat: loosely organized domestic militants unconnected to, but inspired by, Al Qaeda or other international terror groups.

Prosecutors argued Friday in United States District Court here that the men, who lived in southern New Jersey and Philadelphia, would pose a danger to the public if released and, because they were all born overseas, were also a risk to flee the country.

Only one of the suspects asked for bail: Mohamad Ibrahim Shnewer, a cabdriver and American citizen who was born in Jordan. He is described in the criminal complaint as the main facilitator of the plan. His lawyer, Rocco C. Cipparone Jr., said Mr. Shnewer, 22, and his family had lived in the United States for decades, and his friends and relatives offered to put up four properties with $580,000 in equity for bail. Mr. Cipparone requested that Mr. Shnewer be placed under 24-hour house arrest at his family's home in Cherry Hill, and said he could be fitted with an electronic monitoring bracelet to ensure that he did not stray.

But R. Stephen Stigall, an assistant United States attorney, argued that given the seriousness of the charges, it would be dangerous to release him. Mr. Stigall also asserted that house arrest offered the public little protection because Mr. Shnewer "was living in that same house" when the authorities said he was assembling the plan to attack Fort Dix.

Joel Schneider, the United States magistrate judge, ordered that Mr. Shnewer, along with the five others, remain at the federal detention center in Philadelphia without bail.

Mr. Shnewer, along with Serdar Tatar, 23, and three brothers — Eljvir, Shain and Dritan Duka, ages 23, 26 and 28 — face charges of conspiring to kill uniformed American soldiers, which carry a possible sentence of life in prison. The sixth suspect, Agron Abdullahu, 24, is charged with helping illegal immigrants obtain weapons, an offense punishable by up to 10 years in prison. He is scheduled to have a more detailed bail hearing on Thursday.

Federal agents started investigating the men in January 2006, after a clerk at a Circuit City store in Mount Laurel told the police that a videotape he had been asked to transfer to DVD showed what looked like a terrorist training exercise.

After the hearing, Michael Huff, the lawyer for Dritan Duka, said defending suspects charged with terrorism would be challenging given the public mood and the intense publicity the case has attracted.

"This is post-9/11," Mr. Huff said. "This is one of the No. 1 things on the public's mind."

Troy A. Archie, the lawyer for Eljvir Duka, complained that his client had been unfairly denied a request for a copy of the Koran or the opportunity to telephone his relatives.

Mr. Archie also raised questions about the confidential informer, who prosecutors said was central to the case. "I just don't understand how someone could infiltrate an alleged terrorist organization, and my emphasis is on alleged, within 30 days of meeting them," Mr. Archie said.

He also questioned the informer's background, which he said included a criminal record. "Everyone in the community knew him," Mr. Archie said, "and he was bad news."

Copyright 2007 The New York Times Company



Everything Jersey

# The Star-Ledger

## 6 Dix terror plot suspects are held without bail amid fair trial concerns

Saturday, May 12, 2007
**BY JEFF WHELAN**
**Star-Ledger Staff**

A federal judge in Camden ordered the six defendants in the Fort Dix terror case held without bail yesterday after prosecutors argued the men posed a flight risk and a danger to the community.

The suspects, whom prosecutors describe as Islamic radicals, appeared separately before U.S. Magistrate Judge Joel Schneider. Each wore green prison garb as they were led into the courtroom in ankle shackles, and smiled and waved to family and friends in the packed gallery.

After the hearing, several of the defense attorneys cautioned against a rush to judgment. They expressed concerns over whether their clients could receive a fair trial by an untainted jury amid intense media coverage and heightened terrorism concerns in the post 9/11 age.

"That just makes the job a lot harder," said Michael Huff, the attorney for Dritan Duka, 28.

Troy Archie, the attorney representing Dritan Duka's brother, 23-year-old Eljvir Duka, raised questions about the key to the government's case: a paid FBI informant who infiltrated the group and secretly recorded them during a 15-month investigation.

Archie described the informant as "bad news," and said investigators have acknowledged he was caught lying to the FBI in another case. He also questioned whether the informant had crossed the line and become a protagonist who urged the defendants on.

"We're going to have to focus on the confidential informant. I'm interested in how someone can infiltrate an alleged terrorist organization within 30 days," Archie said.

Prosecutors have declined to reveal the identity of the informant or discuss him.

Dritan and Eljvir Duka, their brother, Shain Duka, 26, Mohamad Ibrahim Shnewer, 22, and Serdar Tatar, 23, were arrested Monday night and charged with plotting to attack Fort Dix and kill U.S. soldiers. The Duka brothers are from Cherry Hill; Tartar is from Philadelphia.

The sixth suspect, Agron Abdullahu, 24, of Buena Vista, Atlantic County, has been charged with helping the others obtain weapons.

Shnewer was the only one to apply for bail yesterday.

His attorney, Rocco Cipparone, asked the judge to allow Shnewer to be released to home confinement with electronic monitoring. Cipparone said Shnewer has strong family ties to New Jersey. He said that until Shnewer's arrest, he had lived with his parents and four younger sisters who he helped support by driving a cab.

Assistant U.S. Attorney R. Stephen Stigall said electronic monitoring is imperfect and that other inmates have escaped. He also said Shnewer had "violent tendencies."

Stigall also cited allegations in the criminal complaint that Shnewer had conducted surveillance of Fort Dix, was secretly recorded plotting to kill U.S. soldiers, had trained for the attack and was in on a plot to purchase automatic weapons. Shnewer is the suspect most frequently quoted in the complaint's excerpts of the secret recordings.

"There is no question he is a serious danger to the community," Stigall said.

The judge agreed and denied bail.

Eljvir Duka was the first of the suspects to enter the courtroom. He turned his head toward family and friends sitting behind him. Some of the women, most of whom wore colorful head scarves, rocked and prayed. Others wept, dabbing their eyes with tissues.

Duka put a finger to his eye, as if to wipe away a tear. He mouthed the words: "Don't cry." Then he turned to face the judge. Archie, his attorney, told the judge that Duka has been in solitary confinement at a federal detention center in Philadelphia and has been unable to call his family or read the Koran.

"He has basically been sitting in his cell," he said.

Though the Duka brothers and Tatar agreed to be held without bail, they reserved the right to make an application in the future. Along with Shnewer, they face maximum sentences of life in prison.

Abdullahu, who also waived bail, faces up to 10 years in prison for allegedly helping the others obtain weapons. His attorney, Lisa Evans Lewis, said she will argue for his release at a May 17 hearing.

*Staff writer Rick Hepp contributed to this report.*

© 2007  The Star Ledger

© 2007 NJ.com All Rights Reserved.



It's never
too late to
get in shape.

National
Fatherhood    Ad
Initiative   Council



## INTERNATIONAL
# Herald Tribune

## Men charged with plotting attack on Fort Dix are denied bail

**By David Kocieniewski**
Friday, May 11, 2007

**CAMDEN, New Jersey:** Six Muslim men from New Jersey and Philadelphia who were charged with plotting to attack Fort Dix with automatic weapons were ordered held without bail on Friday by a federal magistrate here.

The men were arrested on Monday night after a 15-month investigation in which the FBI and two informers who had infiltrated the group taped them training with automatic weapons in rural Pennsylvania, conducting surveillance of military bases in the Northeast, watching videos of Osama bin Laden and the 9/11 hijackers and trying to buy AK-47 assault rifles.

The authorities have described the suspects as Islamic extremists and have said they represent the newest breed of threat: loosely organized domestic militants unconnected to - but inspired by - Al Qaeda or other international terror groups.

Prosecutors argued on Friday that the men, all of whom were born outside the United States, should be denied bail because they posed a flight risk.

Only one of the men, Mohamad Shnewer, requested bail, with his family offering to put up four properties worth $580,000 and requesting that he be placed under house arrest with an electronic monitoring bracelet.

An assistant United States attorney, Stephen Stigall, argued that house arrest offered no protection to the public because Shnewer "was living in that same house" as the plan to attack Fort Dix was being put together.

United States Magistate Joel Schneider ordered that Shnewer, along with the five others, be held without bail. They have been held in a detention center in Philadelphia since their arrest.

Five of the men - Mohamad Shnewer, 22; Serdar Tatar, 23; Dritan Duka, 28; Shain Duka, 26; and Eljvir Duka, 23 - are charged with conspiring to kill uniformed military personnel, an offense punishable by life in prison.

The sixth man, Agron Abdullahu, 24, is charged with helping illegal immigrants obtain weapons, an offense punishable by up to 10 years in prison.

Troy Archie, the lawyer for the defendant Eljvir Duka, complained about the conditions under which his client is being held. Archie said that Duka "is basically just sitting in a cell in solitary" and that he had not been allowed to talk to his family. Archie also said that Duka's request for a Koran had been ignored.

The defense lawyer also raised questions about the confidential informer who prosecutors said was central to the case. "I just don't understand how someone could infiltrate an alleged terrorist organization, and my emphasis is on alleged, within 30 days of meeting them," Archie said.

He also questioned the informer's background, which he said included a criminal record. "Everyone in

the community knew him," Archie said, "and he was bad news."

Notes:

---

**ADVERTISER LINKS**

**Nuclear Terrorists**
Cheney: Nuclear attack on
U.S. 'very real'. is this in the
Bible?
www.secretsofsurvival.com

**Is Osama Bin Laden
Dead?**
Full story and analysis on
rumours of Bin Laden dying
of typhoid
www.thefirstpost.co.uk

**Free GI Joe Baroness
Bust**
Want a free GI Joe
Baroness Bust? 24 Hour
Offer!
www.getitonus.com

**Islamic View On
Terrorism**
What Does Islam Say About
Terrorism Holy War, Jihad,
Suicide Bombing?
www.whyislam.org/jihad.asp

---

**IHT**   Copyright © 2007 The International Herald Tribune | www.iht.com

> BACK    PRINT

**☀CBS NEWS**

# Fort Dix Suspects All Are Denied Bail

**CAMDEN, N.J., May. 11, 2007**

**(AP)** Six Muslim men suspected of plotting to massacre U.S. soldiers at Fort Dix were ordered held without bail Friday. Prosecutors argued that the men, all born outside the United States, pose a flight risk. They are being held at a federal detention center in Philadelphia.

The men were arrested Monday during what the FBI said was an attempt to buy AK-47 machine guns, M-16s and other weapons. They targeted Fort Dix, a post 25 miles east of Philadelphia that is used primarily to train reservists, partly because one of them had delivered pizzas there and was familiar with the base, according to court filings. Their objective was to kill "as many American soldiers as possible," the documents said.

The men have lived in and around Philadelphia for years, worshipped at moderate mosques and worked blue-collar jobs installing roofs, driving a cab, delivering pizzas and baking bread. Four are ethnic Albanians from the former Yugoslavia, one is from Jordan and one is from Turkey.

As they were led into the courtroom, each of the suspects smiled to relatives and friends, many of whom wept and blew kisses to them.

Only one of the men, Mohamad Ibrahim Shnewer, 22, asked to be released on bail, and friends and relatives offered to post properties they owned as collateral.

Assistant U.S. Attorney Stephen Stigall argued against letting Shnewer be released to the custody of his parents while awaiting trial. He said many of the illegal actions that the government alleges Shnewer committed happened or were planned at his parents' house.

Defense lawyers for some of the men said they are considering attacking the prosecution's reliance on two paid informants who infiltrated the group more than a year ago and recorded conversations with the defendants.

Authorities said they first learned about the men in January 2006 after a tip from a clerk at a Mount Laurel electronics store.

Circuit City spokeswoman Jackie Foreman said Friday that credit for the tip is shared by two employees. She declined to name them but said the company has "communicated its appreciation." She declined to give details.

The pair called police because a home video the men wanted transferred to a DVD looked like it might have terrorist links, U.S. Attorney Christopher J. Christie said.

Earlier this year, authorities said, the men took a training trip to the Pocono Mountains in Pennsylvania, where they fired weapons and played paintball to prepare for an attack.

Five of the men _ Shnewer; Serdar Tatar, 23; Dritan "Anthony" or "Tony" Duka, 28; Shain Duka, 26; and Eljvir "Elvis" Duka, 23 _ are charged with conspiring to kill uniformed military personnel, an offense punishable by life in prison.

Agron Abdullahu, 24, is charged with helping illegal immigrants obtain weapons. He could face 10 years in prison if convicted.

Abdullahu, who faces the least serious charges of the six, will have another bail hearing next Thursday.

Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Feedback    Terms of Service    Privacy Statement**