```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Hon. Robert B. Kugler |
| : | |
| v. : | Crim. No. 07-459 (RBK) |
| : | |
| **MOHAMAD IBRAHIM SHNEWER,** : | |
| **DRITAN DUKA,** : | |
|  a/k/a "Distan Duka," : | |
|  a/k/a "Anthony Duka," : | |
|  a/k/a "Tony Duka," : | |
| **ELJVIR DUKA,** : | |
|  a/k/a "Elvis Duka," : | |
|  a/k/a "Sulayman," : | |
| **SHAIN DUKA,** : | |
| **SERDAR TARTAR, and** : | |
| **AGRON ABDULLAHU** : | |

**O R D E R**

Upon consideration of the United States' Motion For An Anonymous Jury and the Memorandum of Law in support thereof, and the defendants' responses thereto, IT IS HEREBY ORDERED this _____ day of _____, 2007, that the United States' Motion is **GRANTED**.

```
                                    _____
                                    Robert B. Kugler
                                    United States District Judge
```