## CERTIFICATE OF SERVICE

  I hereby certify that on July 9, 2007, I served the foregoing United States' Motion For An Anonymous Jury and Memorandum of Law via electronic filing and first class mail on the following counsel:

**ROCCO C. CIPPARONE, JR.**
LAW OFFICE OF ROCCO C. CIPPARONE, JR.
203-205 BLACK HORSE PIKE
HADDON HEIGHTS, NJ 08035
(856) 547-2100
Email: cipparonelaw@aol.com
attorney for **MOHAMAD IBRAHIM SHNEWER**

**MICHAEL N. HUFF**
1333 RACE STREET
PHILADELPHIA, PA 19107
(215) 567-2120
Email: mnhuff409@hotmail.com
attorney for **DRITAN DUKA**

**TROY A. ARCHIE**
OLD FIREHOUSE #6
339 FRONT STREET
SUITE A
CAMDEN, NJ 08102
(856) 964-5300
Fax: (856) 964-5464
Email: troylaw@msn.com
attorney for **ELJVIR DUKA**

**MICHAEL E. RILEY**
LAW OFFICES OF MICHAEL E. RILEY
THE WASHINGTON HOUSE
100 HIGH STREET
SUITE 103
MOUNT HOLLY, NJ 08060
(609) 914-0300
Email: rileylifrak@aol.com
attorney for **SHAIN DUKA**

**RICHARD SPARACO**
1920 FAIRFAX AVENUE
CHERRY HILL, NJ 08003
(856) 751-8888
Email: rs@enjlawyer.com
attorney for **SERDAR TATAR**

**LISA EVANS LEWIS**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
800 - 840 COOPER STREET
SUITE 350
CAMDEN, NJ 08053
(856) 757-5341
Email: lisa_lewis@fd.org
attorney for **AGRON ABDULLAHU**

       **/s R. Stephen Stigall**
    By: R. STEPHEN STIGALL
      Assistant U.S. Attorney