## APPENDIX A

**33 Terrorism Sentences of 84 months or Less Since 2019 (26 of which are Material Support Cases)**

*United States v. Nasr* (SDNY 1:24-cr-00019) (60 months in material support case in **2025**)
*United States v. Jonathan Xie* (DNJ 3:20-cr-00781) (time served [~ 66 months] in mat. support case 2024)
*United States v. Muzzamil Husnain Zaidi* (DDC 1:20-cr-00181) (time served [*only a few months*] in 2024)
*United States v. Asim Nujtaba Naqvi* (DDC 1:20-cr-00181) (time served [*only a few months*] in 2024)
*United States v. Jill Marie Jones* (DAZ 2:20-cr-00634) (78 months in material support case in 2024)
*United States v. Mahmoud Rashwan* (EDPA 5:22-cr-00118) (time served [< 24 months] in terrorism-related firearm case in 2024)
*United States v. Ahmed Minni* (EDVA 1:17-cr-00270) (time served in material support case in 2024)
*United States v. Ramy Zamzam* (EDVA 1:17-cr-00270) (time served in material support case in 2024)
*United States v. Maria Bell* (DNJ 2:22-cr-00435) (34 mo. in material support case in 2023)
*United States v. Mohamed Suliman* NDFL 1:21-cr-00006 (36 months in material support case in 2023)
*United States v. Rondell Henry* (DMD 8:19-cr-00181) (time served [~45 mo.] in material support case in 2023)
*United States v. Kim Anh Vo* (SDNY 1:19-cr-00223) (time served [~ 12 mo.] in material support conspiracy in 2023
*United States v. Jason Stokes* (MDTN 3:21-cr-00040) (42 months in material support case in 2023)
*United States v. Jason Fong* (CDCA 8:20-cr-00146) (46 months in material support case in 2023)
*United States v. Farhia Hassan* (EDVA 1:14-cr-00230) (36 mo in material support case in 2022)
*United States v. Michael Solomon* DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022)
*United States v. Benjamin Teeter* DMN 0:20-cr-00193 (36 mo. material support conspiracy in 2022)
*United States v. Santos Colon* (DNJ 1:17-cr-00119) (time served [~ 61 mo.] in material support case in 2022)
*United States v. Akmal Zakirov* (EDNY 1:15-cr-00095) (time served [~84 mo.] in material support case in 2022
*United States v. Georgianna Giampieto* (MDTN 2:19-cr-00013) (66 mo. in material support case in 2022)
*United States v. Ashiqul Alam* (EDNY 1:19-cr-00280) (60 mo. in terrorism-related firearm case in 2022)
*United States v. Khaled Miah* (WDPA 2:21-cr-00110) (72 mo. in terrorism-related case in 2022)
*United States v. Elvin Williams* (WDWA 2:21-cr-00099) (48 months in material support case in 2022)
*United States v. Ahmad Suhad Ahmad* (DAZ 4:18-cr-02417) (41 mo. in terrorism case in 2021)
*United States v. Muse Muse* (WDMI 1:19-cr-00025) (78 mo. in material support conspiracy in 2021)
*United States v. Shahidul Gaffar* (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021)
*United States v. Nabila Khan* (EDPA 2:20-cr-00392) (24 mo. in material support conspiracy in 2021)
*United States v. Samantha Elhassani* (NDIN 2:18-cr-00033 & 2:19-cr-159) (78 months in material support case in 2020)
*United States v. Aws Al-Jayab* (NDIL 1:16-cr-00181) (60 mo. in material support case in 2019)
*United States v. Sultan Salim* (NDOH 3:18-cr-00186) (60 mo. in material support case in 2019)
*United States v. Kassim Tajideen (*DDC 1:17-cr-00046) (60 mo in terrorism-related case in 2019)
*United States v. Adam Shafi* (NDGA 3:15-cr-00582) (time served [~36 mo.] in material support case in 2019)
*United States v. Jason Ludke* (EDWI 2:16-cr-00175) (84 mo. in material support case in 2019)

### 60 Other Terrorism Cases Where Defendants Were Sentenced to 120 Months or Less (53 of which are Material Support Cases)

*United States v Shiraz Qazi* (SDTX 4:06-cr-00421) (10 months in terrorism-related sting operation); *United States v. Nachimuthu Socrates* (EDNY 1:06-cr-00616) (12 months in material support conspiracy); *United States v. Mohammed Yousry,* 590 F.3d 93 (2nd Cir. 2009) (20 months in material

support conspiracy); *United States v. Shahidul Gaffar* (EDPA 2:20-cr-00392) (24 months in material support case); *United States v. Lamont Ranson* (SDMS 3:05-cr-00016) (29 months in material support case); *United States v. Balraj Naida* (DMD 1:08-cr-00091) (57 months in material support case); *United States v. Naji Khalil* (SDNY 1:04-cr-00573) (57 months in material support case); *United States v. Carpenter* (SDMS 3:04-cr-00147) (68 months in material support case); *United States v. Jalal Moheisen* (SDFL 1:06-cr-20001) (70 months in material support case); *United States v. Hammad Samana* (CDCA 8:05-cr-00214) (70 month sentence for man convicted of conspiracy to wage war against the United States); *United States v. Burson Augustine*, (SDFL 1:06-cr-20373) (72 month sentence in material support conspiracy); *United States v. Rothschild Augustine*, (SDFL 1:06-cr-20373) (84 months sentence in material support conspiracy); *United States v. Thomas Osadzinski* (NDIL 1:19-cr-00869)(90 mo in material support case in 2022); *United States v. Waheba Dais,* (EDWI 2:18-cr-00143) (90 mo. in material support case); *United States v. Alaa Abusaad*, (NDAL 7:18-cr-00541) (90 mo. in material support case in 2022); *United States v. Abror Habibov* (EDNY 1:15-cr-00095) (time served [~94 mo.] in material support case; *United States v. Delowar Hossain* (SDNY 1:19-cr-00606) (96 mo. in material support case in 2022); *United States v. Mohamud Muse* (WDMI 1:19-cr-00025) (98 months in material support case in 2021); *United States v. Joseph Farrokh* (EDVA 1:16-cr-00020) 102 months in material support conspiracy); *United States v. Zakariya Boyd* (EDNC 5:09-cr-216 ) (108 months in material support conspiracy); *United States v. Mahdi Hashi* (EDNY 1:12-cr-00661); **??** *United States v. Thavaraja*, 740 F.3d 253 (2nd Cir. 2014) (108 months in material support case); *United States v. Akba Jordan* (EDNC 5:14-cr-00058) (108 months in material support conspiracy); *United States v. Khaleel Ahmed*, (NDOH 1:07-cr-00647) (100 months in material support case); *United States v. Wassim Mazloum* (NDOH 3:06-cr-719) (100 months in material support case); *United States v. Noah Stirn* (NDFL 3:19-cr-00060) (110 mo in terrorism-related case in 2020); *United States v. Saifullah Ranjha* (DMD 1:07-cr-00239) (110 months in material support case); *United States v. Mohamed Ahmed* (SDNY 1-10-cr-00131) (111 months in material support case); *United States v. Abraham*, (SDFL 1:06-cr-20373) (112 month sentence in material support conspiracy); *United States v. Sahim Alwan* (WDNY 1:02-cr-00214) (114 months in material support case); *United States v. Brandon Baxter* (NDOH 1:12-cr-00238) (117 months for attempted use of weapons of mass destruction); *United States v. Shaker Masri* (NDIL 1:10-cr-00655) (118 months in material support case); *United States v. Naser Almadaoji*, (NDOH 3:18-cr-00158) (120 months in 2023 in material support case); *United States v. Murat Suljovic*, (DUT 2:20-cr-00153) (120 mo. in 2022 in material support case); *United States v. Seth Pendley* (NDTX 4:21-cr-00139) (120 mo. in 2021 in terrorism-related case); *United States v. Yahya Goba* (WDNY 1:02-cr-00214) (120 months in material support case) *United States v. Enaam Arnaout* (NDIL 1:02-cr-00892) (120 months in material support case); *United States v. Ahmed Bilal* (DOR 3:02-cr-00399) (120 months in material support case); *United States v. Seifullah Chapman* (EDVA 1:03-cr-00296) (120 months in material support case); *United States v. Nuradin Abdi* (SDOH 2:04-cr-088) (120 months in material support case); *United States v. Adriana Mora* (SDTX 4:03-cr-00352) (120 months in material support case); *United States v. Ashtari* (SDNY 1:07-cr-00115) (120 months in material support case); *United States v. Maldonado*, (SDTX 4:07-cr-00124) (120 months in material support case); *United States v. Lynne Stewart* (SDNY 1:02-cr-00395) (120 months in material support case); *United States v. Masoud Khan* (EDVA 1:03-cr-00296) (120 months in material support case); *United States v. Rahmat Abdhir* (NDCA 5:07-cr-00501) (120 months in material support case); *United States v. Zubair Ahmed* (NDOH 1:07-cr-00647) (120 months in material support case); *United States v. Fawzi Assi* (EDMI 2:98-cr-80695) (120 months in material support case); *United States v. Hassan Abujihaad* (DCT 3:07-cr-00057) (120 months in material support case); *United States v. Kamal Hassan* (DMN 0:09-cr-00038) (120 months in material support case); *United States v. Najibullah Zazi* (EDNY 1:09-cr-00663) (120 months in material support case); *United States v. Colleen Larose* (EDPA 2:10-cr-00123) (120 months in material support case); *United States v. Zarein Ahmedzay* (EDNY 1:10-cr-00019) (120 months in material support case); *United States v. Varela* (SDTX 4:02-cr-00714) (120 months in material support case); *United States v. Mukhtar al-Bakri* (WDNY 1:02-cr-00214) (120 months in material support case); *United States v. Joshua Stafford* (NDOH 1:12-cr-00238) (120 months for attempted use of weapons of mass destruction); *United States v. Miguel Vidriales* (CDCA

5:12-cr-00092) (120 months in material support case); *United States v. Issa Doreh* (SDCA 3:10-cr-04246) (120 months in material support case); *United States v. Cristian Vintila* (SDNY 1:14-cr-00799) (120 months for conspiracy to kill); *United States v. Ioannis Viglakis* (SDNY 1:12-cr-00585) (120 months in material support case);

*United States v. Abdelhamid Al-Madioum*, (DMN 0:20-cr-00196) (120 months in material support case for man who actually fought with ISIS but also cooperated with the government.)