RECEIVED    1/19/09

JAN 2 3 2009

ROBERT B. KUGLER
U.S. DISTRICT JUDGE

Honorable Kugler,

I'm writing today to your Honor to inform you and whomever else it concerns that I still proclaim my innocence and assure everyone that all of my co-defendants are innocent of the charges they were convicted on. Although we respect the decision of the jury we contend that they made a serious mistake, which your Honor can and are in the authority to correct. I believe the jury's decision was ~~~~ derived from the lies and the allegations that I said about my co-defendants, even though they were clueless to what I was saying to Mr. Omar behind there back. Mr. Omar was well aware that my co-defendant didn't know anything about what he and I spoke ~~~~ about, and thats essentially why he didn't ever approach them directly about the matter.

I on the other hand said a lot in a boastfully ignorant manner, which I myself didn't come to realize until I listened to the record myself. I also wasn't aware that I could fabricate lies in the manner I did. I'm full of regret for the lies that I said about others in their absence where they were unable to defend themselves.

As for myself yes I said what was on the record, but I didn't mean any of it when it came to myself or others to move into actions. My political views aren't ~~~~ popular ones, but they're my

In conclusion I hope that justice in this matter is served justly. I appreciate the time and efforts exausted by the court and by your Honor. Thank you for your time and consideration.

P.S. I ask that Allah through your Honor gives us justice. Thanks again for your time

Sincerely,

Mohamed Shnewer
61283066
Federal Detention Center
PO Box 562
Philadelphia PA 19105