Jaysean Sutton
Reg#35164058

To whom this may concern

I would like to speak to you about a man i met in Hazelton U.S.P. This man's name is mr Duka, EWVir Duka, who taught me that if you keep trying your best you can change. He has helped me realize that by Speaking to him and seeing the hope in his eyes for life. This man i every day accepts different cultures and way's of thinking. And all the while helping people all around him like me, for example when i got here i felt real low about my circumstance and what i got my self into. He said to me with a Stright face "you can change your circumstance if you what to but you are going to have to change the way think and do things". And every day after that he would speak to me about hope for a new day !! Mr Duka helped me to realize a lot about my Self, he introduced me to culinary arts and he encouraged me to get my G.E.D So i can Start my food truck business. Hope is what Mr. Duka has gave me and letting me know that any body can change his or her circumstances, they just have to try. Some people have to try harder than other's and for some people it is easy, but all

2

must Try. And the thing about change is trying is the first step in the process. Mr. Duka said "if you do that then you already Started to change and in that there is worth hoping for." So I hope that the person who is going to read this give's Mr. Duka the chance to be who i know him to be the same person i see in here and that is a good man. And if you let him out i know Mr. Duka will be the good man i know him to be!!!

Thank you for hearing me out,
Joysean Sutton Reg 35164058

2

From: Valentino DaRosa
To: To Whom it may Concern
Date: 05/12/25
RE: Duka's Compassionate Release Letter

Dear Judge:

I am writting this letter on Mr. Duka's behalf. When I first arrived to U.S.P. Hazelton, Mr. Duka was one of the first set of peoples to approach me. Out of all the individuals that introduced thereselves; Duka had such an optimistic attitude. I never once met a man with a LIFE sentence have such great energy. No matter the situation; Mr Duka remains positive with a smile on his face. Everytime I see a inmate ask Duka for food or Item; Mr. Duka gives it to them expecting no favor in return. I remember a time when I was going through a tough moment and needed advise. When others gave me advice that was negative, only Duka was the one who gave me a positive yet truthful responce. Not once Has Duka lied to me when others would lie and sugar-coat. Mr. Duka would always tell me to be rightous and stay honest no matter what ordeal I go th

3

Your Honor, this man doesn't deserve to be in here. He is to good of a person. Very commpassionate. If you let Mr. Duka return to society, I can guarentee you, you would not regret it. Mr. Duka only needs a second chance to prove not only to himself, but the Court, that he is a changed man fully rehabilitated. All Mr. Duka talks about is taking care of his mother and being a humanitarian. Like most people that interact with Mr. Duka, Leave with smiles on their faces. I never met a man like this before and Im glad I had the opportunity to meet him. I pray this Court finds forgiveness towards Mr. Duka, God Willing.

Sincerely,

Valentin Wilson

4

To Whom This May Hold Interest, Also To The Honorableness, I, Jaquan Smith, Is Writing A Attribute Letter On Benefit Of, Mr. Eljvir Duka... The Most Caring, Peaceable Indivdual And Most Of Big On His Paternity As A Father Of Love. Today, I Write To You This Attribute Letter To Elucidate Well-Being And Caring Even On His Intelligible Effort As A Human. I Can Go Back To The Very First Date That I Arrived At This Extremely Dangerous Level Seven Penitentiary. He Came To Me With Open Arm's Because It Wasn't Reality, Lost No What So Ever Experience Of Federal Prison, First He Said To Me Do Not Fall A Victim To The Prison System, Stay Clear Headed And Rehabilitate Yourself, Next He Said Do You Got A GED? I Told Him NO!! Mr. Duka Than Stated I Was To Not Not Focus On Anything Else Get My Education It's Important. So I Signed Up Next Day An Got Enrolled That Same Week. Now Im An The Process Of Taking The Real Test And He Motivate's Me That I'll Do Good. To Me His Inspiration Drives Me To Do Better And Most Of All Want Better. An Not Only Me Personally But Mr. Duka Makes It His Priority To Assit Anyone He Doesn't Choose By n.... What Color Your Hair, Or What

①

You Eat, He Treat Every Human The Same No Greater Or Less. We All Human An We Are Made To Help Each Other. Mr. Duka Also Helped Me Gain A Stronger Relationship With My Kids And Family Because I Gave Up And Thought I Was At The End Of The Road. Mr. Eljvir Duka Isn't Who The Government Stated To Be. This Man Not Evil Nor Does He Affiliate With People That Inspire, Or Urge Any Violence Or Discordance Among Any Living Human. I've Seen Multple Times Mr. Duka Made Peace Among Different Races Having Heated Arguements That Could Lead To Very Bad Violence And Mr. Duka Brung Peace To The Situation. Futhermore, We All Make Mistakes From A Baby To A Adult, Or Because Who You Know Or Be Around You Get Brung Into There Sitiuation, If That's The Case We All Meet Or Know People That Did Or Do Harmful Thing's, But Doesn't Make Me A Affiliate NO! Like I've Stated Before The Picture They Painted Of Mr. Duka Thats Not Him He Doesn't Hold Value To That Person Psychologically. Mr. Duka Has A Loving, Caring Family That Need Him Physically Not Just Mentally. He's Been A Impact Of Change For Himself, And Also Me At USP Hazelton. ② Mr. Duka Not Only Helped With My GED But Also Help An Guide Myself Out

6



A Penitentiary, Soon I'll Be Headed To A Lower Custody Prison To Continue Sentence. I'll Miss Mr. Duka Personally But A Man Like This Gentleman Stated Today Doesn't Deserve This Destruction Impact On His Life. Only Does Prison Causes Trauma On Your Life, They Treat Us Like Dogs Not Human. I Truely View A Good Hearted An Respectful Man, And I Pray To God This Burden Thats Been Waying Not On His Heart But His Family As Well Grant Him Freedom. To The Judge, Mr. Duka Isn't Who The Government Precision An Your Court Room I Come To You Asking Respectfully To Revaluate This Situation And Grant Mr. Duka Freedom. Thank You An My God Bless.

Jaquan Smith

Reg No: 02106-510

③

7

Honorable Sir,

I would like to take this opportunity to express to you and the court my opinion in regards to Mr. Eljvir Duka #61282-066 an inmate at U.S. Penitentiary Hazelton, Bruceton Mills, W.V.

I also am an inmate at USP Hazelton and have known Mr. Duka for approximately four years.

All the time I have known him I have never witnessed Mr. Duka being dis-courteous to either staff member or inmate.

I have observed on many occasions the positive guidance Mr. Duka voluntarily offered to many younger inmates who have found it difficult to adjust to incarceration.

Mr. Duka is respected and liked by those inmates who know him here at Hazelton.

In my view Mr. Duka can be trusted to handle any and all responsibilities which may come his way. Thank you. Respectfully Submitted,

Jonathan Tuller

Jonathan Tuller. 20418-479
U.S.P. Hazelton

8

To whom it may Concern, To The Honorable,

I, Mr. Allen Theodore Woods, is writing this letter on behalf of Mr. Duka... Many times, We' as people think that we know people because what others say or write about individuals. But really, don't have no real idea of the depth, and Caring within this individual Mr. Duka.

I, am writing this letter to illuminate the depth and Caring as well as his intelligence of Mr. Eljvir Duka.

This letter is important "to me, as well as For Mr. Duka, to indroduce a very' very' very' good Side of this good short' man, and a true gentleman. Your Honor you may not have been aware of which I, bring into reality for you Your Honor. I, ve had the opportonities to spend personal times with Mr. Duka, and from these personal intimate times spent' Mr. Duka' Shared with Me, his true self, and Shared with Me how he now" understands life, and his responsibilities a bit better by experiencing life. herein this dangeous Penitentiary Hazelton. I, and Mr. Duka, has been herein USP-Hazelton for the last past six years. And on the Same program unit together called the Bounce Back. From this I've Seen the change, and growth in Mr.Duka, from First hand experience, Care for me, and others of all colors by indulging them as well as my Self Mr. Woods in furthering their rehabilitation, and education. Mr. Duka tutored me in Math because while in his cell I wasn't able to resolve a math problem. And he knew that's where i am

(1)

slow in and enable to read math problems. Mr. Duks, Mr. Duka, counsels other inmates who choose to seek out his assistance when Mr. Duka isn't working in food service. And work together with these inmates so they can achieve their First Step Act, credits, And their Second chance Act, credits. Where they can be eligible for transfer to be closer to their family, and especially their kids.

"Your Honor, I really don't understand the many charges that Mr. Duka was charged with' but that's not 'the Eljvir Duka here with me. This Man isn't what was said about him. I've seen nor see any evil in this man Mr. Duka. Mr. Duka has assisted young, and obler inmates in every way' just to give back as a older wiser man while serving his sentence. Mr. Duka is not selfage, nor dangeous from my observation of six years. He's helped young inmates pass their (G.E.D.), He independlly, set up a after school program on the unit program for inmates to seek him out, And for whom want to help their selves. Mr. Duka even mist a rec-move just to stay beck to help a inmate to pass a math test.

Your Honor, I, don't have a mother nor father, they died why I was incarcerated. That pain never leave me! Mr. Duka, still have a aging mother who really needs him, And it shows on Mr. Duka that his mother is aging. I see the pain and hurt' He trys to not show it, but I, know that look in a man eyes.

(2)

10

Mr. Duka, concern for his Mother aging mother shows when I talk to him on a one to one basis chat. Your Honor, like us all in some way, small or big made mistakes. Mr. Duka, like others, such as my self, without adoubt made mistakes and repented to our Creator-God for pass and present mistakes, and injuries mentally and emotionally. But unlike others while herein USP-Hazelton Mr. Duka has made significant contributions while incarcerated here at Hazelton. Mr. Duka's good work was not sought out by others, But rather it was Mr. Duke's initiative that brought him to their attention. I, applaud the type of genuine desire he has shown to turn his life around into a positive Mature individual man.

I, truly recognize a very good spirited-man-when I see one. And I, pray to God, that you will offer him, and grant to him the oppertunity that we You the people And that what America stand for, and represent. Life, Liberty, And the Pursuit of Happiness, which is every one's reality herein America the great U.S.A. "Your Honor, please realize that Mr. Duke is the type of man we should empower to continue his good work herein the U.S.A, herein New Jersey where he can be close, And to take care of his aging Mother. Please dont let him experience the lost on pain of his mother. Please keep him and his mother

(3)

in mind and in prayers please even though we'all are strangers to the system.

Your Honor, There Comes A Time, When one Must Take a Position that is Neither Safe, Nor Polite, Nor Popolar, But one Must Take it Because it is Right....

Mr. Duka is not the man defined by What he Was charged With.
So help him God...

Allen Woods
Allen T. Woods
# 44691066

(4)

12

FROM: Altariq Laboo
TO: Whom it May Concern
RE: Duka's compassionate release letter
DATE: 6-12-25


DEAR HONORABLE JUDGE,

I write this missive on the behalf of, MR.
Duka: whom now find himself on the mercy of
the courts. Due to a heinous act born out of pure
ignorance. Which occurred at a delicate age
before his brain was even properly developed.
However, over the course of time he has gained
a better understanding of things and identified
his once flawed way of thinking. Fully
acknowledging how his poor decision making
effected those whom he love and also, people
who he does not know. Over the time he has been
incarcerated. He has took multiple programs
aimed at the betterment of his well being. And
how to become a better citizen if ever, given
the opportunity to re-enter society. Prior to
his arrest he and his wife were pregnant and
months after it, he became a father to a baby
girl. No, amount of words could express how

13

It pains him. That he had to father her from a prison cell. Never once, being able to witness any of her first be it, step, tooth, words or, anything else for that matter. On top of that he has lost his own father to an illness. And has an aging mother who is now legally blind and health is deteriorating by the day. His only hope is to one day be able to pay her back for all they have sacrificed to raise him. Before death overtakes her and he is left to say another improper good-bye. I ask the courts for mercy on this man I have grown to know and love. Not for the boy they previously met. I ask the courts for mercy, not because a mistake was not made, but because it was and it should not take a life sentence to correct it.



From: FELIX ORATER, #56118-0

To: WHOM IT MAY CONCERN

RE: ELJVIR DUKA, #61282-066

## To WHOM IT MAY CONCERN

This letter is in reference to Eljvir Duka, 61282-066. I have known Mr Duka, Known by everybody here as "Suleiman" Since 2019 and we were housed in the Same Unit (Delta-2), So living in close proximity we know each other very well, thus, I feel that I am in a position to attest to his Character. As a facilitator of First Step Acts programs, he has been one of my favorite students, he is very articulate and always positive, a role Model for the other inmates. No matter the Situation, he maintains a Calm demeanor and is Solution Oriented, a good listener, excellent Communicator and very Compassionate. He is a go to person for help to resolve conflicts. On occasions, I have witnessed him help to diffuse negative Situations that Could have escalated into Violence especially in this Kind of Volatile environment that Could be brutal and barbaric. He is an optimist.

I am fully Confident that given the opportunity, a Second chance at Freedom to rejoin the Society, he will pose no threat to Society or the Safety of anyone within the Community. I am proud to Call him a friend, a Comrade

15

and a very dependable person. I strongly believe that he will continue to exhibit this positive attitude to the community and all around him.

Sincerely,
Felix Okafor, #56118-056
USP Hazelton, P.o. Box 2000
Bruceton Mills, WV 26525

Dear, Judge

     I hope By The Time This letter Reaches you, you'll find yourself IN The Best of health and In A righteous State of mind. My name is Isaiah Rowe im Currently 27yrs old Serving A 2oyr Sentence, Im writing you in regarding To Mr. Duka, and how he has been A positive influence during my time here At Hazelton usp. I dont want you to insinuate That im only writing you This letter because of The Relationship I have with mr. Duka within our religion, everything im About To Say To you is from the heart and The God honest truth. Upon my Arrival at Hazelton u.s.p I was lost emotionally and Strung out on K2 Also Known as Synthetic marijuana. Mr. Duka has treated me like A little Brother and not like A Junkie with A insane Addiction. He Always use To Tell me leave It Alone and focus on God, me being young and stupid I didnt listen until one day I had a Really Bad episode. I passed out and Almost Split my head on The way down but Thanks To God for mr. Duka because Before I could do So he caught me, After That incident He Started To Be on Top of me More So I could do The Right thing. Now I can proudly Say Im not addicted To A drug That would take me Away from my family for good, and I can honestly Say It's because of God putting Mr. Duka in my life. There is Alot that weighs on me emotionally and most times I want To lash out and Say forget everything, Im not trying to write you A sob Story But what I am trying to say is If it wasn't for mr. Duka I

woulden most likely, ended up with life while serving my 20yrs, If he didn't calm me down All the Time and put me on A straight path.

He has been incarcerated for 18yrs That's A long Time for Anybody To be Away from Their family. If someone was To reflect on thier life in 2007 and Then look at Thier life Now, most would Say Alot has Changed. Im pretty Sure Alot has changed with Mr. Duka, Im not Saying he is Beyond human but who Is? Ive witness Mr. Duka pervent 2 riots Since I Been here At hazelton, Because he didn't want To See Anyone get hurt. everytime me and mr. Duka talk It's About religion and family, All he wants IS for people who Are Righteous and do good deeds is To make It TO paridise The Correct way, Also To be there for his family as much as his family IS there for him. Im Not trying to Tell you what to do or how To do your Job, But Ask yourself honestly what Man deserves To be in federal penitentiary's After 18yrs with no Violent Incident Reports? we All make mistakes, Some mistakes arc Greater Than others But we Also deserve A Second Chance At life to get It Right instead of Being tossed Away and forgot. Me personally I never Been to prison before I was Arrested at 21yrs old Ive Been down 6yrs, If you was to Ask me do you want To go home I would Say of course, But If you would Ask me are you Ready to go home I would Say No

I honestly Think mr. Duka is Ready for Socieity, and if there was a Contract I could sign That states, if mr. Duka was To Violate or catch a new charge upon release I would get extra time I would sign that contract in A heart Beat. that's how confident I am in mr. Duka re-entering Socieity and that's The God honest truth. Thank you for your time to read my letter, may God bless you and your family as well as guide you in your decisdon That would effect mr. Duka's life forever

Sincerely,
Isaiah Rowe

To: Honorable Judge
From: Mr. Derek A. Capozzi #22016-038
USP Hazelton, Box 2000, Brucetin Mills, WV. 26525

RE: USA v. Duka; Comp. Release/Reduction In Sentence (CR/RIS) Motion Request.

Dear Honorable Judge,
I'm writing this letter to the Court on behalf of Mr. Suleyman Eljvir Duka. Hopefully you will consider it when deciding Mr. Duka for Compassionate Release/Reduction In Sentence (CR/RIS).

Suleyman and I first met approximately 7½-8 years ago. We were housed in the same unit as "neighbors" on a "range" or "tier" for several years. Here (at USP Hazelton) We have lived in housing Units close to one another for the last 4 (four) years as well.

When I met Suleyman I thought (wrongly) that he was the

type of person who wished All Americans should die. But, living together, I opened myself up to Suleyman to learn more about him and his beliefs. I'd often query him about his beliefs and religious practices and tenets. Eventually, I became comfortable asking Suleyman about terrorism and extremist views of his faith which some practitioners of Islam adhere to and promote. Suleyman was always very open and honest, most times quoting from the Quran and Hadiths (Religious & moral laws and traditions of the Islamic religious prophet Muhammad). He'd direct me never to just "believe" himself alone but to read them from the source material(s) provided by the chaplain and/or from those books he possessed.

   Soon, I began to trust and believe Suleyman. I felt a true friendship and sincerely wanted to understand how he came to be placed in this situation. For All he ever spoke of to me was a

21

desire for peace. He abhorred violence, war, the harming of all life and stated repeatedly that the "suicide" attacks committed by muslims we'd read and heard of in media was "prohibited" by Allah (God), the prophet Muhammad and in the Quran and Hadiths. That sincerity was something I took time to feel true and honest Till, one day, I listened to his case reviewed on an NPR Radio show. There, I heard his voice jump at me in a recorded conversation in which an informant, clearly his Elder and screaming at Suleyman and other younger muslims that they needed to "do something!" over and over -- in a most intimidating tone. In response, Suleyman replied: "What do you want me to do, put on a suicide vest and blow myself up.... ha ha ha.... I ain't doin' that, that's stupid" (emp. added).

In time, Suleyman became one of the best men I have ever met in my life. When other races, religious groups, gangs and creeds are involved in disputes with one another or with a muslim, Suleyman is the

22

person I go to, and others come to, to seek help in resolving the matters in a sincere and peaceful manner. He is smart, articulate, well read, and has the capacity to help grown men of all walks of life mediate disputes in a peaceful way. He seems to be able to provide wise sayings and analogies from historical texts and religious materials that put people at ease and feel comfortable choosing peaceful resolutions over disputatious ones.

Suleyman has a character I often-times envy. When he talks to you, you feel you are in the true presence of love, peace, happiness and devotion to faith, family, friends, loved ones, and, all of mankind -- even those he may not feel in agreement with. His ability to "forgive" is something to behold. Countless times Suleyman has educated me in his sincerely held belief that Isam is a religion of peace and love -- not war, not the murder of innocents, women, nor children. He doesn't teach these things to convince me or others that He feels or believes in such

23

ideas and principles, but that _We_ need to _all_ feel and believe in such ideas and principles.

Suleyman is a good man, full of compassion and caring for all human beings. While he may have faltered under the influence of over-bearing and unsavory characters (informants; acting at the governments behest, in times of war and fear of all muslims); characters who were much older and influential than Suleyman and his brother(s); He did so in different times, under severe pressure from a world full of prejudice towards muslims, hatred towards them actually, with elders who, instead of pressuring him to do the right thing, pressured him toward acts of potential violence. In the end though, no such violence ever occurred. Today, Suleyman calmly accepts his fate as one in which "Allah (God) desired" and does so with no animosity or qualms. With A Smile he States, "I May Be Doing Life, But **Allah** knows, I have Never harmed another human being. And Never will I Do So.". This is who Suleyman is today.

Sincerely, ~~Derek A. Capozzi~~
DEREK A. CAPOZZI

Dear Judge,

I lived eight years of my life incarcerated in the same units as Eljvir Duka, at three separate prisons, before I was transferred to FCI McDowell in March 2025. He has worked to better the lives of others that entire time, volunteering to grade tests and work for GED classes for free, helping others fight addiction, and doing what he could to mitigate and prevent violence. One occassion stands out more than any other in this respect: the time Eljvir risked his life to separate two men trying to stab one another — to the point that he got punched in the mouth as one man tried to stab the other — and repeatedly sacrificed his own safety to gain time to negotiate a peaceful resolution.

This incident occurred in the summer of 2024. A drug addict in the unit kept doing things that threatened everyone's safety to fuel his habit. On this occassion, he cut a bunch of steel knives to exchange

25

for drugs. A group of men in our unit decided to force the addict to check in to administrative detention for the safety of the unit. However, the addict learned of this decision and was carrying his own knife, intending to stab these men if they carried out their plan. Because of this, a number of these men brought knives with them for their own protection and also to ensure they would be able to compel the addict to check in without violence.

I didn't see the initial confrontation, but the addict left a cell followed by these men. He was arguing with them, but he was initially walking toward the guard's office like he was going to check in. Then, suddenly, he turned around. He was only turning around to say something to the men, but one of them thought he was drawing his knife, so this man swung his own knife at the addict. When Eljvir saw this, he jumped in front of the blade. It forced the man to miss, and, blessedly, Eljvir

26

2

also was not stabbed.

The addict saw this and drew his own knife. He tried to stab the other man, but Eljvir stood in his way too. The first man kept swinging his knife around Eljvir's sides, while the addict swung his knife over the top of his shoulders and head. Eljvir could only see one man at a time, but he kept moving with them and managed to keep them apart. Neither man stabbed him, but that was more of a miracle than anything else. I was just a few feet away and saw just how close he came to getting stabbed. Not only this, but two more men were holding knives, ready to jump in and stab the addict if the addict managed to stab the other man. In truth, Eljvir was probably saving this man's life.

Eventually, Eljvir managed to shove the addict into a cell and block the door. He stood between them as they tried to stab each other long enough to frustrate the man trying to reach the addict and get him to back off. He involved another man who was not directly part

27

of these events, and the two of them worked to calm the addict down and understand his side of the story and his concerns. A lot of the details I'm relating were unclear in the moment. It was incredibly chaotic and confusing. The men who were forcing the addict to check in were convinced Eljvir was in grave danger being in the cell with the addict, because men who buck when they are being forced to leave often stab random people just to avoid being labelled as requesting 'protective custody.' This particular addict once stabbed five Bloods in a similar situation. In the heat of the moment, 'rescuing Eljvir' became mixed with their logic and motivations, adding desperation to their actions.

These men tried to force their way into the cell multiple times to stab the addict. On each occassion, Eljvir physically prevented them and the addict from stabbing one another. One time, one of the men punched Eljvir right in the mouth with a fist holding a knife as he swung the blade at the addict. Each time, Eljvir held everyone off long

28

4

enough to buy more time to negotiate.

Other men who agreed with the decision to force the addict to leave tried less severe forms of violence to resolve the situation. They tried to grab the addict and wrestle away his knife. Eljvir might not have opposed this idea normally, given how dangerous things had gotten, but he had given the addict his word that he was going to hear him out, was going to stop anything from happening to him, and was going to try to address his concerns. He continued to risk his own safety in the name of diplomacy and personal integrity, even when, perhaps, the risk of serious injury or death on either side was diminished.

It took about an hour, and the other men started to suggest forcing Eljvir to leave, too, but he finally managed to negotiate a peaceful resolution. He convinced the addict that violence wasn't worth it, even if his pride suffered. He helped that man see that he did not actually

29

want to hurt the men forcing him to leave. While the addict denied their present allegations, he helped the addict see how past actions he did not dispute nor defend robbed him of credibility. Addiction is a treacherous disease, but the man left peacefully with a stated goal of doing better at his next prison.

It took longer, but eventually the other men realized Eljvir's sacrifices brought about the best possible resolution. Prison is a particularly lawless place. As strange as it sounds, inmates are largely forced to police themselves. It isn't easy to balance all the competing concerns it presents on a regular basis, and there are often no good choices. But everyone who was there for this incident learned from Eljvir Duka, that day, that there is much more room to solve these impossible situations without resorting to violence.

Respectfully,

Zachary Chesser

30

6